## INCORPORATED TOWN OF GUYMON v. TRIPLETT.

No. 10017—Opinion Filed Jan. 7, 1919.

(177 Pac. 570.)

(Syllabus.)

**Appeal and Error—Case-Made—Settlement—Dismissal.**

A case-made must be settled and signed by the judge who tried the case, and where a case was tried by one judge and the case-made is signed and settled by another, and no showing is made as to inability of the trial judge to do so, such case-made is a nullity.

Error from District Court, Texas County; T. P. Clay, Judge.

Action between the Incorporated Town of Guymon and Mollie Triplett. From the judgment, the town brings error. Dismissed.

W. G. Hughes and V. H. Grinstead, for plaintiff in error.

H. E. G. Putman, Cottingham & Hayes, and Hunter L. Johnson, for defendant in error.

HARDY, J. The appeal herein is by case-made and not by transcript. The case was tried before Hon. T. P. Clay, one of the regularly elected district judges of this state who had been assigned to hold court in Texas county. The case-made was settled and signed by Hon. W. C. Crow, the regular judge of the district court of Texas county, and motion is made to dismiss this proceeding because the case-made was not settled and signed by the judge who tried the case and no showing is made of his inability to do so. The motion must be sustained. Section 5244, Rev. Laws 1910; Brown v. Marks, 45 Okla 711, 146 Pac. 707, and cases cited.

The appeal is dismissed.